UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALTON WILLIAMS, JR., <br> *Plaintiff*, <br> <br> v. <br> <br> NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br> *Defendant*. | § § § § § § § § § | CIVIL ACTION H-17-1061 |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") in which the Magistrate Judge recommends that plaintiff Alton Williams, Jr.'s motion for summary judgment (Dkt. 14) be granted in part and denied in part and defendant Nancy Berryhill's motion for summary judgment (Dkt. 15) be denied. Dkt. 17. No party filed objections to the M&R. After reviewing the M&R, the motions, related documents in the record, and the applicable law, the court is of the opinion that there is no clear error and that the M&R should be ADOPTED. *See* Fed. R. Civ. P. 72, Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the M&R is ADOPTED IN FULL. Berryhill's motion for summary judgment (Dkt. 15) is DENIED. Williams's motion for summary judgment (Dkt. 14) is GRANTED IN PART AND DENIED IN PART for the reasons explained in full in the M&R. Consequently, the judgment of the Social Security Commissioner is AFFIRMED IN PART AND REVERSED IN PART. This case is REMANDED to the Social Security Administration for further consideration in light of the reasoning set forth in the M&R.

Signed at Houston, Texas on August 7, 2018.

_____
Gray H. Miller
United States District Judge